# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| SAMUEL CLIFFORD LASTER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-21 |
| | * | |
| v. | * | |
| | * | |
| NANCY A. BERRYHILL, Acting | * | |
| Commissioner of the Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's August 30, 2017, Report and Recommendation, dkt. no. 15, to which Objections have been filed. Plaintiff's Objections are simply a reiteration of his arguments already presented, which the Magistrate Judge correctly rejected. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections, dkt. no. 16. The Court **AFFIRMS** the Commissioner's decision.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 28 day of September, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)